```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICKAL KAMUVAKA | : | NO. 09-294-1 |

ORDER

AND NOW, this 22nd day of December, 2009, upon consideration of Mickal Kamuvaka's motion for leave to join in co-defendant Julius Jama Murray's motion <u>in limine</u> regarding autopsy photographs of D.K. (docket entry # 145), it is hereby ORDERED that:

1.  Kamuvaka's motion for leave to join (docket entry # 145) is GRANTED; and

2.  Kamuvaka may JOIN in Murray's motion <u>in limine</u> (docket entry # 132).

                                        BY THE COURT:

                                        <u>/s/ Stewart Dalzell, J.</u>