UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | No. 2:09-cr-0294-01 |
| | : | |
| MICKAL KAMUVAKA | : | |

**O R D E R**

**AND NOW**, this 31st day of May, 2023, upon consideration of the Defendant's motion for compassionate release, the government's response in opposition, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT** the Defendant's motion, ECF No. 462, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

053123