# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICKAL KAMUVAKA, : | |
| Petitioner, : | |
| v. : | No. 2:09-cr-0294-01 |
| : | |
| UNITED STATES OF AMERICA, : | |
| Respondent. : | |

## O R D E R

**AND NOW,** this 29th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** Kamuvaka's "Motion Seeking an Adjustment In My Post-Incarceration Three (3) Years of Supervision", ECF No. 474, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge